UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:12-cr-00030-LRH-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MINUTE ORDER RE:** |
| | ) | **IN-PERSON HEARING** |
| THOMAS OWEN MINER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY ORDERED that an **in-person Initial Appearance on Revocation of Supervised Release** will be conducted on **TUESDAY, JUNE 23, 2020 at 3:00 P.M.,** before Magistrate William G. Cobb, in Reno Courtroom 2, Fourth Floor, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, Reno, Nevada.

The Court is closely following and reinforcing the guidelines from the CDC and other relevant health authorities and is taking precautionary measures to limit the potential spread of the COVID-19 virus. For example:

- All visitors to the courthouse will be required to maintain a social distance of at least six feet and either wash their hands or use hand sanitizer before entering the courtroom.

- Inside the courtrooms, chairs, tables, and microphones that have been utilized will be cleaned after each hearing. Counsel are encouraged to bring disinfectant wipes to clean the surface areas utilized to their own comfort level as well.

- Hearing attendees are encouraged to bring and wear personal protective equipment including face masks, gloves, or other protective coverings.

- Hearing attendees are encouraged to bring bottled water for their own consumption and are required to remove such water bottle/drink container from the courtroom and/or place in nearby receptacle after the hearing.

- Documents that will be referenced or utilized during a hearing must be emailed to the Courtroom Deputy and any other necessary recipient (e.g., opposing counsel, defendant) at least 24 hours before the hearing.

- Any necessary signed documents must be filed at least one day before the scheduled hearing as required by General Order 2020-05.

**If you do not feel well, contact the Courtroom Deputy immediately to reschedule this hearing or make arrangements to attend it remotely. DO NOT COME TO THE COURTHOUSE IF YOU ARE EXPERIENCING FLU-LIKE SYMPTOMS such as a cough, fever, or shortness of breath, or if you have been in contact with anyone who has been recently diagnosed with a COVID-19 infection. Refer to Temporary General Order 2020-02 for additional courthouse-access policies and procedures.**

Dated this 15th day of June, 2020.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE