**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS OWEN MINER,<br><br>　　　　Defendant. | Case No. 3:12-cr-00030-LRH-WGC<br><br>**ORDER APPROVING:**<br><br>STIPULATION TO CONTINUE SUPERVISED RELEASE VIOLATION HEARING<br><br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Christopher P. Frey, counsel for THOMAS OWEN MINER, and United States Attorney Nicholas A. Trutanich and Assistant United States Attorney Richard B. Casper, counsel for the UNITED STATES OF AMERICA, that the hearing regarding revocation of supervised release set for July 7, 2020 at 1:30 PM, be vacated and continued to July 14, 2020 at 2:00 PM.

　　　　The continuance is necessary for the following reasons:

　　　　1.　　This is a joint request by counsel for the Government and counsel for the Defendant, THOMAS OWEN MINER.

2.      The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32.1(b)(2), which states that the "court must hold the revocation hearing within a reasonable time."

3.      Counsel for the Government is scheduled to be out of the office and unavailable on July 7, 2020.

4.      Mr. Miner is currently out-of-custody and agrees with the continuance.

5.      Mr. Miner has agreed to waive his right to appear in person and instead appear via video-conferencing.

6.      This is the first request for continuance of the supervised release violation hearing.

DATED this 30th day of June, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Christopher P. Frey*<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for<br>THOMAS OWEN MINER | By */s/ Richard B. Casper*<br>RICHARD B. CASPER<br>Assistant United States Attorney<br>Counsel for the Government |

2

# **ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Hearing regarding Revocation of Supervised Release currently set for July 7, 2020 at 1:30 PM, be vacated and continued to **Tuesday, July 14, 2020 at 2:00 PM.**

DATED this 2nd day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE