RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Sean_McClelland@fd.org

Attorney for THOMAS OWEN MINER

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS OWEN MINER,<br><br>    Defendant. | Case No. 3:12-cr-00030-HDM-WGC<br><br>**ORDER APPROVING STIPULATION TO CONTINUE PRELIMINARY HEARING (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender SEAN A. MCCLELLAND, counsel for THOMAS OWEN MINER and United States Attorney SIGAL CHATTAH, Assistant United States Attorney RANDOLPH J. ST. CLAIR, counsel for the UNITED STATES OF AMERICA, that the Preliminary Hearing set for April 29, 2025, at 2:00 PM, be vacated and continued to May 22, 2025, at 2:00 PM.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. The defendant is currently on bond and consents to the continuance.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 28th day of April, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By */s/ Sean A. McClelland*<br>SEAN A. MCCLELLAND<br>Assistant Federal Public Defender<br>Counsel for THOMAS OWEN MINER | By */s/ Randolph J. St. Clair*<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney<br>Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Preliminary Hearing currently set for April 29, 2025, at 2:00 PM, be vacated and continued to May 22, 2025, at 2:00 PM.

DATED this 29th day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE