RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Sean_McClelland@fd.org

Attorney for THOMAS OWEN MINER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-cr-00030-HDM-CSD |
| Plaintiff, | **ORDER APPROVING STIPULATION TO CONTINUE PRELIMINARY REVOCATION HEARING** |
| v. | |
| THOMAS OWEN MINER, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender SEAN A. MCCLELLAND, counsel for THOMAS OWEN MINER and First Assistant United States Attorney SIGAL CHATTAH, Assistant United States Attorney RANDOLPH J. ST. CLAIR, counsel for the UNITED STATES OF AMERICA, that the Preliminary Revocation Hearing currently scheduled for November 25, 2025 at 3:00 P.M., be vacated and continued to January 7, 2026 at 10:00 A.M.

This Stipulation is entered into for the following reasons:

1.    Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

1    2.    Failure to grant this extension of time would deprive the defendant continuity

2        of counsel and the effective assistance of counsel.

3    3.    The defendant is currently detained and consents to the continuance.

4    4.    The parties agree to the continuance.

5    5.    This is the first request for a continuance.

6    DATED this 24th day of November 2025.

7

8    RENE L. VALLADARES                     SIGAL CHATTAH
     Federal Public Defender                First Assistant United States Attorney

9

     By:_ /s/ Sean A. McClelland_____    By: __/s/ Randolph J. St. Clair_____

10   SEAN A. MCCLELLAND                     RANDOLPH J. ST. CLAIR
     Assistant Federal Public Defender      Assistant United States Attorney
11   Counsel for Thomas Owen Miner          Counsel for the Government

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-cr-00030-HDM-CSD |
| Plaintiff, | **ORDER** |
| v. | |
| THOMAS OWEN MINER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary revocation hearing previously scheduled for November 25, 2025 at 3:00 P.M., be vacated and continued to January 7, 2026 at 10:00 A.M.

DATED this 24th day of November, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3