RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Sean_McClelland@fd.org

Attorney for THOMAS OWEN MINER

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-cr-00030-HDM-CSD |
| Plaintiff, | |
| v. | **ORDER APPROVING STIPULATION TO CONTINUE PRELIMINARY REVOCATION HEARING** (Second Request) |
| THOMAS OWEN MINER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender SEAN A. MCCLELLAND, counsel for THOMAS OWEN MINER and Deputy Attorney General of the United States TODD BLANCHE, Assistant United States Attorney RANDOLPH J. ST. CLAIR, counsel for the UNITED STATES OF AMERICA, that the Preliminary Revocation Hearing currently scheduled for January 7, 2026 at 10:00 A.M., be vacated and continued to January 22, 2026 at 9:00 A.M.

This Stipulation is entered into for the following reasons:

1.    Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2.    Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3.    The defendant is currently detained and consents to the continuance.

4.    The parties agree to the continuance.

5.    This is the second request for a continuance.

DATED this 30th day of December 2025.


RENE L. VALLADARES                          TODD BLANCHE
Federal Public Defender                         Deputy Attorney General of the United States

By /s/ Sean A. McClelland                        By /s/ Randolph J. St. Clair
  SEAN A. MCCLELLAND                              RANDOLPH J. ST. CLAIR
  Assistant Federal Public Defender               Assistant United States Attorney
  Counsel for Thomas Owen Miner                   Counsel for the Government

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-cr-00030-HDM-CSD |
| Plaintiff, | **ORDER** |
| v. | |
| THOMAS OWEN MINER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary revocation hearing previously scheduled for January 7, 2026 at 10:00 A.M., be vacated and continued to January 22, 2026 at 9:00 A.M.

DATED this 30th day of December, 2025.

_____

UNITED STATES MAGISTRATE JUDGE

3